# Exhibit A

# THE WEEK MAGAZINE Mailing List

THE WEEK is a spirited newsweekly that distills the best of news, opinion, and ideas from the U.S. and abroad. THE WEEK's format is straight forward yet information-packed, covering the entire political spectrum - left, right and everything in between. In its pages you will find all you need to know about everything that matters: U.S. and international news, the best opinion columns from here and abroad, health and science, books, film, the arts, and leisure activities.

**Get Count**  **Get Pricing**  **Get More Information**

| SEGMENTS | COUNTS THROUGH 04/15/2021 | |
|---|---|---|
| 283,854 | TOTAL UNIVERSE / BASE RATE | $130.00/M |
| 283,854 | ACTIVE U.S. SUBSCRIBERS | $130.00/M |
| 25,598 | MAR'21 HOTLINE | + $20.00/M |
| 82,410 | JAN'21-MAR'21 HOTLINE | + $15.00/M |
| 138,769 | OCT'20-MAR'21 HOTLINE | + $6.00/M |
| 434 | CANADIAN SUBSCRIBERS | $300.00/F |
| 30,599 | 6 MONTH EXPIRES | $95.00/F |
| | CATALOG RATE | $90.00/M |
| | FUNDRAISER RATE | $75.00/M |

| POPULARITY: | ===== 100 |
|---|---|
| MARKET: | CONSUMER |
| CHANNELS: | |
| SOURCE: | 100% DIRECT MAIL |
| PRIVACY: | UNKNOWN |
| DMA?: | YES - MEMBER |
| STATUS: | STANDARD PROVIDER |
| GEO: | USA |
| GENDER: | 33% FEMALE 47% MALE |

## DESCRIPTION

THE WEEK is a spirited newsweekly that distills the best of news, opinion, and ideas from the U.S. and abroad.  THE WEEK's format is straight forward yet information-packed, covering the entire political spectrum - left, right and everything in between.  In its pages you will find all you need to know about everything that matters: U.S. and international news, the best opinion columns from here and abroad, health and science, books, film, the arts, and leisure activities.

Subscribers to THE WEEK are opinion leaders, executives, power brokers, and trendsetters who want to stay on top of domestic and foreign news, opinion and lifestyle information.  Leading direct marketers consistently find that these upscale subscribers have a propensity to order by mail.  They respond exceedingly well to catalogs, fundraising appeals, magazines, books, seminars and travel offers.

```
****************Fast Facts****************
Average age............................45
Average household income..........$150,000
Some college or more...................90%
Graduate school........................37%
Top management.........................20%
******************************************
```

| SELECTS | |
|---|---|
| 1 MONTH HOTLINE | $20.00/M |
| 3 MONTH HOTLINE | $15.00/M |
| 6 MONTH HOTLINE | $6.00/M |
| CHANGE OF ADDRESS | $15.00/M |
| GENDER/SEX | $10.00/M |
| PAID | $10.00/M |
| SCF | $10.00/M |
| SOURCE | $12.00/M |
| STATE | $10.00/M |
| ZIP | $10.00/M |

| ADDRESSING | |
|---|---|
| KEY CODING | $3.50/M |
| BUSINESS ADDRESS | $10.00/M |
| EMAIL | $50.00/F |
| FTP | $50.00/F |
| HOME ADDRESS | $10.00/M |

**RELATED LISTS**
- I-BEHAVIOR DATABASE
- SMITHSONIAN MAGAZINE
- MOTHER JONES
- NATURE CONSERVANCY
- SIERRA CLUB MEMBERS & ENHANCED
- CONSUMER REPORTS
- FORBES
- NEW YORK MAGAZINE
- THE ECONOMIST