# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| COLIN CUSTARD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE WEEK PUBLICATIONS, INC.,<br><br>Defendant. | Case No. 22-10666<br><br>Hon. Thomas L. Ludington<br><br>Mag. Judge Patricia T. Morris |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Sharon Almonrode of The Miller Law Firm, P.C. hereby enters her appearance as counsel of record on behalf of Plaintiffs in the above captioned matter.

Dated: March 28, 2022

Respectfully submitted,

/s/ *Sharon S. Almonrode*
Sharon S. Almonrode (P33938)
**THE MILLER LAW FIRM, P.C.**
950 W. University Dr., Ste. 300
Rochester, MI 48307
Tel: (248) 841-2200
ssa@millerlawpc.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 28, 2022, I electronically filed the foregoing documents using the Court's electronic filing system, which will notify all counsel of record authorized to receive such filings.

/s/ *Sharon S. Almonrode*
Sharon S. Almonrode (P33938)
**THE MILLER LAW FIRM, P.C.**
950 W. University Dr., Ste. 300
Rochester, MI 48307
Tel: (248) 841-2200
ssa@millerlawpc.com