AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| Colin Custard | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:22-cv-10666-TLL-PTM |
| THE WEEK PUBLICATIONS, INC., | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Colin Custard.

Date: 04/13/2022

/s/ Philip L. Fraietta
*Attorney's signature*

Philip L. Fraietta, Bar. No. P85228
*Printed name and bar number*

Bursor & Fisher, P.A.
888 Seventh Avenue, 3rd Floor
New York, NY 10106
*Address*

pfraietta@bursor.com
*E-mail address*

(646) 837-7150
*Telephone number*

(212) 989-2163
*FAX number*