# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| COLIN CUSTARD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE WEEK PUBLICATIONS, INC.,<br><br>Defendant. | Case No. 1:22-cv-10666-TLL-PTM |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Frank S. Hedin, of Hedin Hall LLP, hereby enters his appearance as counsel of record for Plaintiff in the above-captioned matter.

Dated: May 29, 2022

Respectfully submitted,

**HEDIN HALL LLP**

/s/ *Frank S. Hedin*
Frank S. Hedin
HEDIN HALL LLP
1395 Brickell Avenue, Suite 1140
Miami, Florida 33131
Tel: 305.357.2107
Fax: 305.200.8801
fhedin@hedinhall.com

*Counsel for Plaintiff and the Putative Class*

## CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2022, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to the attorneys of record.

*/s/ Frank S. Hedin*
