## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

COLIN CUSTARD,                    Case No. 1:22-cv-10666

     Plaintiff,                    Judge Thomas L. Ludington
                                 Magistrate Patricia T. Morris
v.

THE WEEK PUBLICATIONS,

     Defendant.
_____/

## **NOTICE OF APPEARANCE**

     PLEASE TAKE NOTICE that Walter E. Diercks of Rubin, Winston, Diercks,

Harris & Cooke, LLP hereby enters his appearance as counsel of record on behalf of

Defendant in theabove captioned matter.

Dated: June 10, 2022          Respectfully submitted,

                             /s/ Walter E. Diercks
                             Walter E. Diercks (D.C. Bar No. 161620)
                             Rubin, Winston, Diercks,
                                Harris & Cooke, LLP
                             1250 Connecticut Avenue, NW, Suite 700
                             Washington, DC 20036
                             (202) 861-0870
                             wdiercks@rwdhc.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 10, 2022 I electronically filed the foregoing

documents using the Court's electronic filing system, which will notify all counsel of

record authorized to receive such filings.

/s/ Walter E. Diercks
Walter E. Diercks (D.C. Bar No. 161620)
Rubin, Winston, Diercks,
  Harris & Cooke, LLP
1250 Connecticut Avenue, NW, Suite 700
Washington, DC 20036
(202) 861-0870
wdiercks@rwdhc.com