AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | |
|---|---|
| Colin Custard ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:22-cv-10666-TLL-PTM |
| THE WEEK PUBLICATIONS, INC., ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Colin Custard .

Date: 06/29/2022

/s/ Joseph I. Marchese
*Attorney's signature*

Joseph I. Marchese, Bar. No. P85862
*Printed name and bar number*

Bursor & Fisher, P.A.
888 Seventh Avenue, 3rd Floor
New York, NY 10106
*Address*

jmarchese@bursor.com
*E-mail address*

(646) 837-7150
*Telephone number*

(212) 989-2163
*FAX number*