# Exhibit A

# NTVB Media Entertainment Enhanced Masterfile Mailing List

NTVB Media is the leading publisher of TV entertainment and listings magazines, serving more than 3 million readers each day across the U.S. Their magazine subscribers have been merged, deduped, and enhanced with demographic and transactional data to develop the NTVB Enhanced Masterfile of highly sought-after consumers.

[Get Count] [Get Pricing] [Get More Information]

| SEGMENTS | | COUNTS THROUGH 03/31/2022 |
|---|---|---|
| 265,588 | TOTAL UNIVERSE / BASE RATE | $110.00/M |
| 40,832 | 3 MONTH HOTLINE SUBSCRIBERS | + $13.00/M |
| 102,458 | 6 MONTH HOTLINE SUBSCRIBERS | + $9.00/M |
| 197,032 | 12 MONTH HOTLINE SUBSCRIBERS | + $5.00/M |
| 119,358 | EXPIRES | $75.00/M |
| | CATALOG RATE | $80.00/M |
| | FUNDRAISING RATE | $75.00/M |
| | NON RECIPROCAL SURCHARGE | + $25.00/M |

| POPULARITY: | ===== 99 |
|---|---|
| MARKET: | CONSUMER |
| CHANNELS: | |
| SOURCE: | COMPILED LISTS, DIRECT MAIL SOLD |
| PRIVACY: | UNKNOWN |
| DMA?: | YES - MEMBER |
| STATUS: | PREFERRED PROVIDER |
| GEO: | USA |
| GENDER: | 62% FEMALE 38% MALE |
| SPENDING: | $45.00 AVERAGE ORDER |

## DESCRIPTION



NTVB Media is the leading publisher of TV entertainment and listings magazines, serving more than 3 million readers each day across the U.S. Their magazine subscribers have been merged and deduped, and enhanced with demographic and transactional data to develop the NTVB Enhanced Masterfile of highly sought-after consumers.

NTVB Media reaches the best segments of the Boomer Cohort. The NTVB audience delivers your brand to the sought after upper middle to upper class segments of this dynamic demographic – including Mass Affluents.

**The NTVB Masterfile contains subscribers to Channel Guide, TV Weekly and ReMIND magazine**

*Channel Guide* subscribers are entertainment enthusiasts and enjoy monthly home delivery of 230+ pages filled with daily program schedules for 115 networks; daily best bets; a movie section with more than 3,000 listings; sports and series specials; exclusive celebrity interviews; fun games and Special Editions.

### SELECTS

| | |
|---|---|
| 1 MONTH HOTLINE | $17.00/M |
| 12 MONTH HOTLINE | $5.00/M |
| 3 MONTH HOTLINE | $13.00/M |
| 6 MONTH HOTLINE | $9.00/M |
| EPICUREAN/HOBBIES | $18.00/M |
| GENDER SELECT | $12.00/M |
| INCOME RANGE | $15.00/M |
| LIFESTYLE | $18.00/M |
| PAID SUBSCRIBERS | $11.00/M |
| STATE / SCF /ZIP | $10.00/M |
| VETERANS | $18.00/M |
| ZIP FILE SET UP FEE | $50.00/F |

### ADDRESSING

| | |
|---|---|
| KEY CODING | $3.00/M |
| EMAIL | $75.00/F |
| FTP | $75.00/F |
| ZIP TAPE | $50.00/F |

### RELATED LISTS

- SUR LA TABLE
- DAEDALUS BOOKS
- CONDE NAST CORPORATE ENHANCED MASTERFILE
- COUNTRY LIVING
- NATIONAL AUDUBON SOCIETY ENHANCED MASTERFILE
- HEIFER INTERNATIONAL - DONORS & ENHANCED
- DIRECT CHECKS - SENIORS
- FINGERHUT SENIORS MASTERFILE
- FINGERHUT BUYERS MASTERFILE & ENHANCED
- TRUSTED MEDIA BRANDS - CORP MASTERFILE & ENHANCED