UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| COLIN CUSTARD, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>THE WEEK PUBLICATIONS, INC.,<br><br>  Defendant. | Case No. 1:22-cv-10666<br><br>Hon. Thomas L. Ludington<br><br>Mag. Judge Patricia T. Morris |

**STIPULATED ORDER TO FILE AMENDED COMPLAINT AND SET RESPONSE DATE**

Plaintiff Colin Custard and Defendant The Week Publications, Inc. state as follows:

WHEREAS, on March 28, 2022, Plaintiff Colin Custard filed a Class Action Complaint (ECF No. 1);

WHEREAS, on June 10, 2022, Defendant executed a Waiver of Service pursuant to Fed. R. Civ. P. 4, which set its deadline to answer or otherwise respond to the Complaint to August 9, 2022 (ECF No. 9);

WHEREAS, Plaintiff intends to file an amended complaint on or before August 5, 2022, to add two additional named plaintiffs to the action;

WHEREAS, pursuant to Fed. R. Civ. P. 15(a)(2), Defendant consents to the filing of the amended complaint, such consent constituting neither an admission of liability nor a waiver of any defense; and

WHEREAS, Defendant requests and Plaintiff does not oppose that its deadline to answer or otherwise respond to the amended complaint be extended to and including September 2, 2022.

Accordingly, it is **ORDERED** that Plaintiff is **DIRECTED** to file an amended complaint **on or before August 5, 2022**.

Further, it is **ORDERED** that Defendant is **DIRECTED** to answer or otherwise to respond to the amended complaint **on or before September 2, 2022**.

Dated: August 8, 2022                              s/Thomas L. Ludington
                                                   THOMAS L. LUDINGTON
                                                   United States District Judge

- 3 -

STIPULATED AND AGREED:

| | |
|---|---|
| */s/ E. Powell Miller* | */s/ Walter E. Diercks (w/permission)* |
| THE MILLER LAW FIRM, P.C. | COLLINS EINHORN FARRELL PC |
| E. Powell Miller (P39487) | David C. Andersen (P55258) |
| Sharon S. Almonrode (P33938) | 4000 Town Center, 9th Floor |
| 950 W. University Drive, Suite 300 | Southfield, MI 48075 |
| Rochester, MI 48307 | (248) 355-4141 |
| (248) 841-2200 | David.Anderson@ceflawyers.com |
| epm@millerlawpc.com | |
| ssa@millerlawpc.com | RUBIN, WINSTON, DIERCKS, HARRIS & COOKE, LLP |
| | Walter E. Diercks |
| BURSOR & FISHER, P.A. | 1250 Connecticut Avenue, NW, Suite 700 |
| Joseph I. Marchese | Washington, DC 20036 |
| Philip L. Fraietta (P85228) | (202) 861-0870 |
| 888 Seventh Avenue | wdiercks@rwdhc.com |
| New York, New York 10019 | |
| (646) 837-7150 | *Attorneys for Defendant* |
| jmarchese@bursor.com | |
| pfraietta@bursor.com | |
| | |
| HEDIN HALL LLP | |
| Frank S. Hedin | |
| Arun G. Ravindran | |
| 1395 Brickell Ave, Suite 1140 | |
| Miami, FL 33131 | |
| (305) 357-2107 | |
| fhedin@hedinhall.com | |
| aravindran@hedinhall.com | |
| | |
| *Attorneys for Plaintiff* | |

Dated: August 4, 2022