UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| COLIN CUSTARD; FREDERICK VOGT; and ELLA NORMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE WEEK PUBLICATIONS, INC,<br><br>Defendant. | Case No. 1:22-cv-10666<br><br>Honorable Thomas L. Ludington<br><br>Mag. Judge Patricia T. Morris |

**STIPULATED ORDER TO STAY CASE PENDING MEDIATION**

Plaintiffs Colin Custard, Frederick Vogt, and Ella Norman (collectively, "Plaintiffs") and Defendant The Week Publications, Inc. ("The Week," together with Plaintiffs, the "Parties") state as follows:

WHEREAS, on March 28, 2022, Plaintiff Colin Custard filed a Class Action Complaint (ECF No. 1);

WHEREAS, on June 10, 2022, Defendant executed a Waiver of Service pursuant to Fed. R. Civ. P. 4, which set its deadline to answer or otherwise respond to the Complaint to August 9, 2022 (ECF No. 9);

WHEREAS, on August 5, 2022, Plaintiffs filed the operative First Amended Class Action Complaint ("FAC") (ECF No. 11);

WHEREAS, pursuant to the August 8, 2022 Stipulated Order, Defendant's deadline to answer or otherwise respond to the FAC is September 2, 2022 (ECF No. 12);

WHEREAS, counsel for the Parties have engaged in preliminary settlement discussions and have agreed to submit this matter to private mediation;

WHEREAS, the Parties believe that judicial economy and the interests of the Parties would be served by a stay of this action while the Parties conduct their private mediation;

WHEREAS, no later than 60 days from the date of this Order, the Parties shall file a joint status report to update the Court on the status of their settlement negotiations, including whether a date should be set for Defendant to answer or otherwise respond to the FAC.

Accordingly, it is **ORDERED** that:

1. The above-captioned case is **STAYED** for all purposes so that the Parties may attempt to resolve this action through private mediation; and

2. No later than 60 days from the date of this Order, the Parties must **FILE** a joint status report to update this Court on the status of their settlement negotiations, including whether a date should be set for Defendant to answer or otherwise to respond to the FAC.

Dated: September 1, 2022                    s/Thomas L. Ludington
                                            THOMAS L. LUDINGTON
                                            United States District Judge

STIPULATED AND AGREED:

| | |
|---|---|
| */s/ E. Powell Miller* | */s/ Walter E. Diercks* |
| THE MILLER LAW FIRM, P.C. | COLLINS EINHORN FARRELL PC |
| E. Powell Miller (P39487) | David C. Andersen (P55258) |
| Sharon S. Almonrode (P33938) | 4000 Town Center, 9th Floor |
| 950 W. University Drive, Suite 300 | Southfield, MI 48075 |
| Rochester, MI 48307 | (248) 355-4141 |
| (248) 841-2200 | David.Anderson@ceflawyers.com |
| epm@millerlawpc.com | |
| ssa@millerlawpc.com | RUBIN, WINSTON, DIERCKS, HARRIS & COOKE, LLP |
| | Walter E. Diercks |
| BURSOR & FISHER, P.A. | 1250 Connecticut Avenue, NW, Suite 700 |
| Joseph I. Marchese | Washington, DC 20036 |
| Philip L. Fraietta (P85228) | (202) 861-0870 |
| 888 Seventh Avenue | wdiercks@rwdhc.com |
| New York, New York 10019 | |
| (646) 837-7150 | *Attorneys for Defendant* |
| jmarchese@bursor.com | |
| pfraietta@bursor.com | |
| | |
| HEDIN HALL LLP | |
| Frank S. Hedin | |
| Arun G. Ravindran | |
| 1395 Brickell Ave, Suite 1140 | |
| Miami, FL 33131 | |
| (305) 357-2107 | |
| fhedin@hedinhall.com | |
| aravindran@hedinhall.com | |
| | |
| *Attorneys for Plaintiffs* | |

Dated: August 31, 2022