UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

COLIN CUSTARD, FREDERICK VOGT,
and ELLA NORMAN,
individually and for all others similarly situated,

        Plaintiffs,                      Case No. 1:22-cv-10666

v.                                       Honorable Thomas L. Ludington
                                          United States District Judge
THE WEEK PUBLICATIONS, INC.

                                          Honorable Patricia T. Morris
        Defendant.               United States Magistrate Judge
_____/

**STIPULATED ORDER TO AMEND COMPLAINT, TO AMEND CAPTION, TO FILE MOTION FOR PRELIMINARY APPROVAL, AND LIFT STAY**

Plaintiffs Colin Custard, Frederick Vogt, and Ella Norman (collectively, "Plaintiffs") and Defendant The Week Publications, Inc. ("The Week," together with Plaintiffs, the "Parties") state as follows:

WHEREAS, on October 24, 2022, the Parties successfully resolved this matter at mediation with The Honorable Gerald E. Rosen (Ret.) of JAMS Detroit;

WHEREAS, as part of the Settlement, under Federal rule of Civil Procedure 15(a)(2), Defendant stipulates that Plaintiffs may file a Second Amended Complaint substituting Elizabeth Moeller as named plaintiff and removing Plaintiffs Custard, Vogt, and Norman from this action;

WHEREAS, the Plaintiff Moeller anticipates filing her Motion for Preliminary Approval of the settlement on or before November 23, 2022.

Accordingly, it is **ORDERED** that:

1. Plaintiffs are **DIRECTED** file a Second Amended Complaint identifying only Elizabeth Moeller as Plaintiff **on or before November 7, 2022**;

- 2 -

2. If Plaintiffs file the Second Amended Complaint, then the Clerk of the Court is **DIRECTED** to amend the case caption to read "Elizabeth Moeller, individually and on behalf of all others similarly situated, Plaintiff v. The Week Publications, Inc., Defendant."

3. Plaintiff Moeller is **DIRECTED** to file her Motion for Preliminary Approval **on or before November 23, 2022**.

4. It is further **ORDERED** that the stay pending mediation is **LIFTED**.

Dated: November 3, 2022    s/Thomas L. Ludington
THOMAS L. LUDINGTON
United States District Judge

STIPULATED AND AGREED:

| | |
|---|---|
| */s/ E. Powell Miller* | */s/ David C. Anderson w/permission* |
| THE MILLER LAW FIRM, P.C. | COLLINS EINHORN FARRELL PC |
| E. Powell Miller (P39487) | David C. Andersen (P55258) |
| Sharon S. Almonrode (P33938) | 4000 Town Center, 9th Floor |
| 950 W. University Drive, Suite 300 | Southfield, MI 48075 |
| Rochester, MI 48307 | (248) 355-4141 |
| (248) 841-2200 | David.Anderson@ceflawyers.com |
| epm@millerlawpc.com | |
| ssa@millerlawpc.com | RUBIN, WINSTON, DIERCKS, HARRIS & COOKE, LLP |
| | Walter E. Diercks (admission pending) |
| BURSOR & FISHER, P.A. | 1250 Connecticut Avenue, NW, Suite 700 |
| Joseph I. Marchese | Washington, DC 20036 |
| Philip L. Fraietta (P85228) | (202) 861-0870 |
| 888 Seventh Avenue | wdiercks@rwdhc.com |
| New York, New York 10019 | |
| (646) 837-7150 | *Attorneys for Defendant* |
| jmarchese@bursor.com | |
| pfraietta@bursor.com | |
| | |
| HEDIN HALL LLP | |
| Frank S. Hedin | |
| Arun G. Ravindran | |
| 1395 Brickell Ave, Suite 1140 | |
| Miami, FL 33131 | |
| (305) 357-2107 | |
| fhedin@hedinhall.com | |
| aravindran@hedinhall.com | |
| | |
| *Attorneys for Plaintiffs* | |

Dated: November 3, 2022