# Exhibit 3

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ELIZABETH MOELLER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE WEEK PUBLICATIONS, INC.,<br><br>Defendant. | Case No. 22-cv-10666-TLL-PTM<br><br>Hon. Thomas L. Ludington<br><br>Mag. Judge Patricia T. Morris |

## DECLARATION OF E. POWELL MILLER
## IN SUPPORT OF PLAINTIFF'S MOTION FOR
## ATTORNEYS' FEES, COSTS, EXPENSES, AND SERVICE AWARD

I, E. Powell Miller, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746 and based on my own personal knowledge, that the following statements are true:

1.      I am the Founding Partner of The Miller Law Firm, P.C. ("The Miller Law Firm") located in Rochester and Detroit, Michigan.

2.      I submit this Declaration in further support of the contemporaneously-filed Plaintiff's Motion for Attorneys' Fees, Costs, Expenses, and Service Award (the "Fee Petition").

3.      I am a member in a good standing of the Michigan Bar and am a

member of the bar of this Court.  I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, I could and would testify competently thereto.

4.     I have substantial expertise in leading the prosecution of complex class actions.

5.     The Miller Law firm has extensive experience litigating such cases, continuously since 1995, recovering billions of dollars for class members. *See* **Exhibit A**, The Miller Law Firm Resume.

6.     The Miller Law Firm has established a national reputation for the successful prosecution of complex class actions throughout the United States and, particularly, in the Eastern District of Michigan.

7.     To date, my firm has also spent $555.91 in out-of-pocket costs and expenses in connection with the prosecution of this case.  Attached as **Exhibit B** is an itemized list of those costs and expenses.  These costs and expenses are reflected in the records of my firm, and were necessary to prosecute this litigation. Cost and expense items are billed separately, and such charges are not duplicated in my firm's billing rates.

8.     I hereby incorporate paragraphs 9-10, 12-32, 36, and 39-41 of the April 10, 2023 Declaration of Philip L. Fraietta in Support of Plaintiffs' Motion For Attorneys' Fees, Costs, Expenses, and Service Award, as if fully set forth

herein.

9.      I declare under penalty of perjury that the above and foregoing is true

and accurate.

Executed this 10th day of April, 2023 at Rochester, Michigan.

_____*/s/ E. Powell Miller*_____
E. Powell Miller

# Exhibit A

# THE MILLER LAW FIRM

## A Professional Corporation

**950 W. University Dr., Ste. 300**
**Rochester, MI  48307**
**(248) 841-2200**

**www.millerlawpc.com**

# THE MILLER LAW FIRM, P.C. | FIRM RESUME

The Miller Law Firm, P.C. (the "Firm") is one of the premier litigation law firms in the United States and Michigan's leading class action firm. The Firm is ranked Tier 1 in Detroit by *U.S. News-Best Lawyers* "Best Law Firms" for commercial litigation. Since the Firm's founding in 1994, the Firm has developed a national reputation for successfully prosecuting securities fraud, antitrust, product liability, data breach and privacy, and consumer class actions on behalf of its clients. As Lead Counsel or Co-Lead Counsel appointed by judges throughout the United States—in some of the country's largest and most complex cases—the Firm has achieved over $3 billion in settlements, recoveries, and/or verdicts on behalf of injured class members.

### **Highlights of Results Obtained**

| | |
|---|---|
| 2022 | *In re EpiPen (Epinephrine Injection, USP) Marketing, Sales Practices and Antitrust Litig.*, (United States District Court, District of Kansas) (Case No. 2:17-md-02785) (Plaintiffs' Steering Committee) |
| | Result: $609 million settlement |
| | *Wood, et al. v. FCA US LLC* (United States District Court, Eastern District of Michigan) (Case No. 5:20-cv-11054) (Co-Lead Counsel) |
| | Result: Over $108 million settlement |
| | *Persad, et al. v. Ford Motor Company* (United States District Court, Eastern District of Michigan) (Case No. 2:17-cv-12599) (Co-Lead Counsel) |
| | Result: Over $42 million settlement |
| | *Graham, et al. v. University of Michigan, et al.*, (United States District Court, Eastern District of Michigan) (Case No. 2:21-cv-11168) (Co-Lead Counsel) |
| | Result: Injunctive relief settlement mandating University reforms to address and prevent sexual misconduct |
| 2021 | *Simmons, et al. v. Apple, Inc.* (Superior Court of the State of California, County of Santa Clara) (Case No. 17CV312251) (Co-Lead Counsel) |
| | Result: $9.75 million settlement |

2019  *Carl Palazzolo, et al. Fiat Chrysler Automobiles N.V., et al.*
     (United States District Court, Eastern District of Michigan)
     (Case No. 16-cv-12803) (Co-Lead Counsel)

     Result:  $14.75 million settlement

     *Zimmerman v. Diplomat Pharmacy, Inc., et al.*
     (United States District Court, Eastern District of Michigan)
     (Case No. 2:16-cv-14005) (Liaison Counsel)

     Result:  $14.1 million settlement

2018  *In re Freight Forwarders Antitrust Litigation*
     (United States District Court, Eastern District of New York)
     (Case No. 08-cv-00042) (Counsel for Class Representative)

     Result:  $1 billion settlement

2017  *Foster v. L3 Communications, EO Tech*
     (United States District Court, Western District of Missouri)
     (Case No. 15-cv-03519) (Co-Lead Counsel)

     Result:  $51 million settlement (100% recovery)

2016  *In re Automotive Parts Antitrust Litigation*
     (United States District Court, Eastern District of Michigan)
     (Case No. 12-md-02311) (Liaison Counsel)

     Result:  Over $1 billion in settlements

     *GM Securities Class Action/New York Teachers Retirement System v.*
     *General Motors Company*
     (United States District Court, Eastern District of Michigan)
     (Case No. 4:14-cv-11191) (Local Counsel)

     Result:  $300 million settlement

     *ERISA Class Action/Davidson v. Henkel Corporation*
     (United Sates District Court, Eastern District of Michigan)
     (Case No. 12-cv-14103) (Lead Counsel)

     Result:  $3.35 million settlement (100% Recovery for 41-member class)

*Pat Cason-Merenda and Jeffrey A. Suhre v. VHS of Michigan, Inc., dba Detroit Medical Center (Antitrust)*
(United States District Court, Eastern District of Michigan)
(Case No. 2:06-cv-15601) (Special Trial Counsel)

Result:  $42 million settlement

2015   *In re AIG 2008 Securities Litigation*
(United States District Court, Southern District of New York)
(Case No. 08-cv-04772) (Co-Lead Counsel)

Result:  $970.5 million settlement

2014   *City of Farmington Hills Employees Retirement System v. Wells Fargo Bank, N.A.*
(United States District Court, District of Minnesota)
(Case No. 10-cv-04372) (Co-Lead Counsel and Primary Trial Counsel)

Result:  $62.5 million settlement approved

*The Shane Group, Inc., et al. v. Blue Cross Blue Shield of Michigan*
(United States District Court, Eastern District of Michigan)
(Case No. 2:10-cv-14360) (Co-Lead Counsel)

Result:  $30 million settlement pending final approval

*In re Refrigerant Compressors Antitrust Litigation*
(United States District Court, Eastern District of Michigan)
(Case No. 09-md-02042) (Co-Lead Counsel)

Result:  $30 million settlement

2013   *The Board of Trustees of the City of Birmingham Employees et. al. v. Comerica Bank et. al.*
(United States District Court, Eastern District of Michigan)
(Case No. 2:09-13201) (Co-Lead Counsel)

Result:  $11 million settlement

*In Re Caraco Pharmaceutical Laboratories, Ltd. Securities Litigation*
(United States District Court, Eastern District of Michigan)
(Case No. 2:09-cv-12830) (Co-Lead Counsel)

Result:  $2.975 million settlement

*In Re TechTeam Global Inc. Shareholder Litigation*
(Oakland County Circuit Court, State of Michigan)
(Case No. 10-114863-CB)  (Liaison Counsel)

Result:  $1.775 million settlement

*General Retirement System of the City of Detroit and Police and Fire
Retirement System of the City of Detroit vs. UBS Securities, LLC
(Structured Investment Vehicle)*
(United States District Court, Eastern District of Michigan)
(Case No. 2:10-cv-13920) (Lead Counsel)

Result:   Confidential settlement

2010        *Epstein, et al. v. Heartland Industrial Partners, L.P., et al.*
(United States District Court, Eastern District of Michigan)
(Case No. 2:06-CV-13555) (Substantial role)

Result:  $12.2 million settlement

*In Re Skilled Healthcare Group, Inc. Securities Litigation*
(United States District Court, Central District of California)
(Case No. 09-5416) (Substantial role)

Result:  $3 million settlement

2009        *In Re Proquest Company Securities Litigation*
(United States District Court, Eastern District of Michigan)
(Case No. 4:06-CV-11579) (Substantial role; argued Motion to Dismiss)

Result:  $20 million settlement

*In Re Collins & Aikman Corporation Securities Litigation*
(United States District Court, Eastern District Michigan)
(Case No. 03-CV-71173) (Substantial role)

Result:  $10.8 million settlement

*In re IT Group Securities Litigation*
(United States District Court, Western District of Pennsylvania)
(Civil Action No. 03-288) (Co-Lead Counsel)

Result:  $3.4 million settlement

2008    *In re Mercury Interactive Securities Litigation*
(United States District Court, Northern District of California)
(Civil Action No. 03:05-CV-3395-JF) (Substantial role)

Result:  $117 million settlement

*In Re General Motors Corporation Securities and Derivative Litigation*
(United States District Court, Eastern District of Michigan)
(Master Case No. 06-MD-1749) (Co-Lead Counsel)

Status:  Obtained major corporate governance reforms to address accounting deficiencies

2007    *Wong v. T-Mobile USA, Inc.*
(United States District Court, Eastern District of Michigan)
(Case No. 05-CV-73922) (Co-Lead)

Result:  Settlement for 100% of damages

*In re CMS Energy Corporation Securities Litigation*
(United States District Court, Eastern District Michigan)
(Master File No. 2:02 CV 72004) (Substantial role)

Result:  $200 million settlement

2005    *In re Comerica Securities Fraud Litigation*
(United States District Court, Eastern District of Michigan)
(Case No. 2:02-CV-60233) (Substantial role)

Result:  $21 million in total settlements

*Street v. Siemens*
(Philadelphia State Court)
(Case No. 03-885) (Co-Lead Counsel)

Result:  $14.4 million (100% recovery)

*Redmer v. Tournament Players Club of Michigan*
(Wayne County Circuit Court) (Case No. 02-224481-CK) (Co-Lead)

Result:  $3.1 million settlement

2004    *Passucci v. Airtouch Communications, Inc.*
(Wayne County Circuit Court) (Case No. 01-131048-CP) (Co-Lead)

Result:  Estimated settlement valued between $30.9 and $40.3 million

*Johnson v. National Western Life Insurance*
(Oakland County Circuit Court)
(Case No. 01-032012-CP) (Substantial role)

Result:  $10.7 million settlement

2003    *Felts v. Starlight*
(United States District Court, Eastern District Michigan)
(Case No. 01-71539) (Co-Lead)

Result: Starlight agrees to stop selling ephedrine as an ingredient in its weight loss dietary supplement product

*In re Lason Securities Litigation*
(United States District Court, Eastern District Michigan)
(Case No. 99-CV-76079) (Co-Lead)

Result: $12.68 million settlement

2001    *Mario Gasperoni, et al. v. Metabolife International, Inc.*
(United States District Court, Eastern District Michigan)
(Case No. 00-71255) (Co-Lead)

Result: Nationwide settlement approved mandating changes in advertising and labeling on millions of bottles of dietary supplement, plus approximately $8.5 million in benefits

1999    *Pop v. Art Van Furniture and Alexander Hamilton Insurance Company*
(Wayne County Circuit Court) (Case No. 97-722003-CP) (Co-Lead)

Result: Changes in sales practices and $9 million in merchandise.

*Schroff v. Bombardier*
(United States District Court, Eastern District Michigan)
(Case No. 99-70327) (Co-Lead)

Result:  Recall of more than 20,000 defective Seadoos throughout North America; repair of defect to reduce water ingestion problem; extended warranties; and approximately $4 million in merchandise.

*In re National Techteam Securities Litigation*
(United States District Court, Eastern District Michigan)
(Master File No.  97-74587) (Substantial role)

Result:  $11 million settlement

*In Re F&M Distributors, Inc., Securities Litigation*
(United States District Court, Eastern District Michigan)
(Case No. 95-CV-71778-DT) (Minor role)

Result:  $20 million settlement

1998    *In Re Michigan National Corporation Securities Litigation*
(United States District Court, Eastern District Michigan)
(Case No 95 CV 70647 DT) (Substantial role)

Result:  $13.3 million settlement

1995    *In re Intel Pentium Processor Litigation*
(Superior Court, Santa Clara County, California) (Master File No. 745729)
(Substantial role)

Result: Intel agreed to replace millions of defective Pentium chips on demand
without any cost to consumers

# SELECTED RESUMES



**ROCHESTER**
950 W. UNIVERSITY DR.
SUITE 300
ROCHESTER, MI 48307

**DETROIT**
1000 WOODWARD AVE.
SUITE 850
DETROIT, MI 48226

248-841-2200 | WWW.MILLER.LAW

# E. POWELL MILLER, PARTNER



✉ **EPM**@millerlawpc.com

Powell Miller has been recognized as Michigan's number one ranked attorney by Super Lawyers Magazine for 2020. He has also been named one of the Top 10 lawyers in Michigan for fourteen consecutive years, from 2009-2022, by Super Lawyers Magazine, and in 2010, 2015, 2019, and 2020 he was the recipient of the Best Lawyers – Lawyer of the Year in the category of Bet-The-Company Litigation. In 2017, Mr. Miller was the recipient of the Judge Friedman and Cook Civility Award, which is awarded to only one lawyer each year. He has been named as one of the Best Lawyers in America every year since 2005. Mr. Miller has earned Martindale-Hubbell's highest rating, AV® Preeminent™ 5/5.0 for legal ethics and ability and a 10/10 from AVVO a public rating system. Mr. Miller is also ranked as only one of nine in Michigan to receive the highest Band 1 rating by Chambers USA, describing Mr. Miller as a "Superb trial lawyer" who "routinely acts for high-profile clients based across the [United] states."

Mr. Miller focuses his practice on all aspects of litigation. He has been retained by many Fortune 500 and other clients to represent them in litigation throughout the United States, including in Michigan, New York, New Jersey, Pennsylvania, Arkansas, Florida, Texas, Kentucky, Ohio, California, Colorado, Indiana, and Illinois.

Mr. Miller recently won an arbitration against Jimmy Johns in the amount of $4.8 million including a $1 million attorney fee award. He has never lost a trial, including verdicts in excess of $5 million, $10 million and $23 million. Mr. Miller has also obtained in excess of $5 billion in settlements. These settlements are regularly among the top ten in Michigan each year.

Mr. Miller has previously served as Co-President of the Detroit Chapter of the Federal Bar Association Antitrust and Securities Committees. He also serves on the Executive Committee for the Wayne State University Law School Board of Visitors and has served a Co-Chair of the American Bar Association Procedures Subcommittee on class actions and multi-district litigation. He lectures regularly on securities litigation at the University of Michigan School of Law. He has also served as an Adjunct Professor at the University of Detroit Law School teaching trial practice. In addition, Mr. Miller regularly speaks at continuing legal education seminars on securities fraud class actions. Mr. Miller also serves as a Master member of The Oakland County Bar Association Inns of Court.

Mr. Miller graduated third in his class from Wayne State University Law School, magna cum laude, in 1986. He was named to the honor society, Order of the Coif, and he was an Editor of the Wayne Law Review. In 1986, Mr. Miller joined the Detroit law firm of Honigman Miller Schwartz and Cohn, where he was elected partner in 1990. In 1994, he formed his own firm.

Mr. Miller has been recognized as a top debater in the United States. He won first place at the Harvard University National Debate Tournament as a freshman at Georgetown University. He also represented Georgetown in a special international debating exhibition against the Oxford Debating Union of Great Britain.



Mr. Miller is a proud supporter of the Detroit Urban Debate League, a nonprofit that supports the creation of debate programs in under-served high schools; the University of Detroit Jesuit High School and Academy; The Joe Niekro Foundation, which is committed to aiding in the research and treatment of aneurysm patients and families; and Charlotte's Wings, a nonprofit that is dedicated to supporting ailing children in Southeast Michigan through donations of new books to the children and their families in hospital and hospice care.

**EDUCATION:**

**UNIVERSITY OF DETROIT JESUIT HIGH SCHOOL, 1979**

**GEORGETOWN UNIVERSITY, B.A., 1983**

**WAYNE STATE UNIVERISTY LAW SCHOOL, J.D., 1986**





| **ROCHESTER** | **DETROIT** |
|---|---|
| 950 W. UNIVERSITY DR. | 1001 WOODWARD AVE. |
| SUITE 300 | SUITE 850 |
| ROCHESTER, MI 48307 | DETROIT, MI 48226 |

248-841-2200 | WWW.MILLER.LAW

# SHARON S. ALMONRODE, PARTNER

✉ SSA@millerlawpc.com



Sharon S. Almonrode is a partner at The Miller Law Firm, where she is also the Chair of the Firm's Class Action and Multi-District Litigation Department.. She has a complex litigation practice with an emphasis on prosecuting large, high-risk, significant damage exposure cases on behalf of clients.  Her practice includes ERISA and pension fund litigation, breach of fiduciary duty, consumer products and commercial litigation.  She has represented commercial clients in products liability and patent and trademark related litigation. She has successfully represented clients in multi-million dollar cases, including the successful resolution of an actuarial claim for $110 million dollars.

Ms. Almonrode was appointed to the Plaintiffs' Steering Committee in litigation against Mylan Pharmaceuticals and other drug companies regarding their anti-competitive conduct in the sale of EpiPen epinephrine auto-injectors, resulting in a monopoly that has made them billions of dollars at the expense of consumers and third-party payors. *See In Re: Epipen (Epinephrine Injection, UPS) Marketing, Sales Practices and Antitrust Litigation,* No. 17-md-02785 (D. Kan.). The case settled in 2022 for approximately $609 million for class members. Ms. Almonrode also served as co-lead counsel in *In Re: Foster v. L3 Communications, EO Tech,* No. 15-cv-03519 (E.D. Mich.) which settled in excess of $51 million, as well as co-lead counsel in the ERISA class action *Davidson v. Henkel Corporation*, No. 12-cv-14103 (E.D. Mich.) which settled for $3.35 million, resulting in a 100% recovery for the class.

In 2010, she received the special distinction of Michigan Leader in the Law, awarded by *Michigan Lawyers' Weekly*.  For the past eleven years, Ms. Almonrode has been named a Super Lawyer.  For the past ten years, she has been named one of the top 50 Women Super Lawyers in the State of Michigan (out of approximately 11,000 women practicing in the state).  For the past nine years, she has been named one of the top 100 Lawyers in Michigan (out of 34,204 lawyers in the state).  She was named one of the top five Consumer Lawyers in the State of Michigan for 2016.  Ms. Almonrode was named among the most notable women lawyers in Michigan by *Crain's Detroit Business* for 2017.  Recently, she was admitted to the inaugural class of the Michigan Lawyers' Weekly Hall of Fame.  She has earned Martindale-Hubbell's highest rating, AV®Preeminent™ 5/5.0 for legal ethics and ability.

Ms. Almonrode was admitted to practice in the State of Michigan in 1982.  She is also admitted to practice in the U.S. District Court Eastern District of Michigan, U.S. District Court Western District of Michigan, U.S. Bankruptcy Court Eastern District of Michigan, U.S. Bankruptcy Court Western District of Michigan, U.S. District Court – Northern District of Illinois, U.S. Court of Appeals 6th Circuit, the State of New York, the U.S. District Court for Southern District of New York, the U.S. District Court for the Eastern District of New York, the U.S. Court of Appeals 2nd Circuit, and the U.S. Supreme Court.

Before joining The Miller Law Firm, P.C. in 2012, Ms. Almonrode was a Partner at Sullivan, Ward, Asher & Patton, P.C., and Supervisor-Salaried Personnel at General Motors Corp.

Ms. Almonrode's pro bono activities have included working with the Detroit Institute of Arts and the Detroit Film Theatre Board.

**Oakland University, B.S., 1978**

**University of Detroit Mercy School of Law, J.D. 1981**



# Exhibit B

**The Miller Law Firm, P.C.**

**Detail Work in Progress**

Date Printed: 4/10/2023
Time Printed: 4:57PM
Printed By:    SSR

| Date | Client Reference | Staff | Description Billing Code | Dur/Qty | Rate/Price | Amount |
|------|------------------|-------|--------------------------|---------|-----------|--------|
| 3/28/2022 | MS/The Week C/A | Samantha S Stenq | Filing Fee | 1.00 | 402.00 | 402.00 |
| 11/22/2022 | MS/The Week C/A | Samantha S Stenq | Postage | 1.00 | 10.20 | 10.20 |
| 11/30/2022 | MS/The Week C/A | Samantha S Stenq | Westlaw-database research for the month of November 2022 | 1.00 | 88.17 | 88.17 |
| 12/31/2022 | MS/The Week C/A | Samantha S Stenq | Westlaw-database research for the month of December 2022 | 1.00 | 8.04 | 8.04 |
| 12/31/2022 | MS/The Week C/A | Samantha S Stenq | Copying charges for the month of December 2022 | 190.00 | 0.25 | 47.50 |
| | | | **Report Total** | **194.00** | | **$555.91** |