UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ELIZABETH MOELLER, individually and
on behalf of all others similarly situated

       Plaintiff,                            Case No. 1:22-cv-10666-TLL-PTM

                                           Honorable Thomas L. Ludington
v.                                          United States District Judge

THE WEEK PUBLICATIONS, INC.,

       Defendant.

---

## APPEARANCE AS CO-COUNSEL ON BEHALF OF DEFENDANT THE WEEK PUBLICATIONS, INC.

Please enter my appearance as co-counsel for defendant, THE WEEK PUBLICATIONS, INC., in the above-entitled cause of action.

                            COLLINS EINHORN FARRELL PC

      BY:   */s/ David C. Anderson*
               David C. Anderson (P55258)
               *Co-Counsel for defendant*
               4000 Town Center, 9th Fl.
               Southfield, MI 48075
               (248) 355-4141
               david.anderson@ceflawyers.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on *April 18, 2023* I electronically filed an *Appearance as co-counsel on behalf of defendant THE WEEK PUBLICATIONS, INC.,* with the Clerk of the Court using the ECF system, and that a copy was electronically served on all counsel of record via the ECF system and to any counsel not registered to receive electronic copies from the court, by enclosing same in a sealed envelope with first class postage fully prepaid, addressed to the above, and depositing said envelope and its contents in a receptacle for the US Mail.

        COLLINS EINHORN FARRELL P.C.

BY:  */s/ David C. Anderson*
       COLLINS EINHORN FARRELL PC
       David C. Anderson (P55258)
       4000 Town Center, 9th Fl.
       Southfield, MI 48075
       (248) 355-4141
       david.anderson@ceflawyers.com