**EXHIBIT A**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

ELIZABETH MOELLER, individually and on behalf of all others similarly situated,

        Plaintiff,

      v.

THE WEEK PUBLICATIONS, INC.,

        Defendant.

Case No. 22-cv-10666-TLL-PTM

Hon. Thomas L. Ludington

## DECLARATION OF RYAN BAHRY REGARDING SETTLEMENT ADMINISTRATION

I, RYAN BAHRY, declare and state as follows:

1.      I am a Director at JND Legal Administration ("JND"). JND is a legal administration service provider with its headquarters located in Seattle, Washington. JND has extensive experience with all aspects of legal administration and has administered settlements in hundreds of class action cases.

2.      JND is serving as the Settlement Administrator[1] in the above-captioned litigation ("Action"), for the purposes of administering the Class Action Settlement Agreement ("Settlement Agreement"), preliminarily approved by the Court in its Opinion and Order (1) Granting Plaintiffs' Motion for Preliminary Approval of Settlement, (2) Certifying Settlement Class, (3) Appointing Class Representative, (4) Appointing Class Counsel, (5) Approving Notice Plan, (6) Appointing Claims Administrator, (7) Directing Publication of Notice, and (8) Setting Scheduling Order, dated January 6, 2023 ("Order").

---

[1] Capitalized terms used and not otherwise defined herein shall have the meanings given such terms in the Class Action Settlement Agreement ("Settlement Agreement").

3.    This Declaration is based on my personal knowledge and information provided to me by experienced JND employees and, if called on to do so, I could and would testify competently thereto.

## CAFA NOTICE

4.    In compliance with the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, JND compiled a CD-ROM with the following documents:

      a.  Class Action Complaint, filed March 28, 2022;

      b.  First Amended Class Action Complaint, filed August 5, 2022;

      c.  Second Amended Class Action Complaint, filed November 3, 2022;

      d.  Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement, filed November 21, 2022;

      e.  Plaintiff's Revised Unopposed Motion for Preliminary Approval of Class Action Settlement, filed December 21, 2022;

      f.  Class Action Settlement Agreement, filed December 21, 2022;

      g.  [Proposed] Email Notice, filed December 21, 2022;

      h.  [Proposed] Postcard Notice, filed December 21, 2022;

      i.  [Proposed] Long Form Notice, filed December 21, 2022;

      j.  [Proposed] Claim Form for Unidentified Class Members, filed December 21, 2022; and

      k.  Opinion and Order (1) Granting Preliminary Approval of Settlement, (2) Certifying Settlement Class, (3) Appointing Class Representative, (4) Appointing Class Counsel, (5) Approving Notice Plan, (6) Appointing

Claims Administrator, (7) Directing Publication of Notice, and (8) Setting Scheduling Order, entered on January 6, 2023.

5.      The CD-ROM was mailed on January 11, 2023, to the appropriate Federal and State officials identified in the attachment with an accompanying cover letter, a copy of which is attached hereto as **Exhibit A**.

## CLASS MEMBER DATA

6.      On January 20, 2023, JND received a spreadsheet from Defendant containing the names, mailing addresses, and e-mail addresses (where available) for 13,033 potential Settlement Class Members.

7.      Prior to mailing notices, JND analyzed the raw data to remove duplicate records and determined a total of 13,025 unique Settlement Class Member records.  JND updated the Settlement Class Member contact information using data from the National Change of Address ("NCOA") database.[2] The Settlement Class Member data was promptly loaded into a secure database established for this Action.

## POSTCARD NOTICE

8.      Pursuant to the terms of the Settlement Agreement, on February 21, 2023, JND mailed the Court-approved postcard notice ("Postcard Notice") via USPS first-class mail to all 13,025 Settlement Class Members. A representative sample of the Postcard Notice is attached hereto as **Exhibit B**.

---

[2] The NCOA database is the official United States Postal Service ("USPS") technology product which makes changes of address information available to mailers to help reduce undeliverable mail pieces before mail enters the mail stream. This product is an effective tool to update address changes when a person has completed a change of address from with the USPS. The address information is maintained on the database for 48 months.

DECLARATION OF RYAN BAHRY REGARDING SETTLEMENT ADMINISTRATION

9.      As of the date of this Declaration, JND tracked 1,156 Postcard Notices that were returned to JND as undeliverable.  Of these 1,156 undeliverable Postcard Notices, 101 were re-mailed to forwarding addresses provided by the USPS and JND conducted additional advanced address research through TransUnion and received updated address information for an additional 422 Class Members.  JND promptly re-mailed Postcard Notices to these 422 Class Members (of which 71 were returned as undeliverable).

## **E-MAIL NOTICE**

10.      Pursuant to the terms of the Settlement Agreement, between March 3, 2023 and April 17, 2023, JND sent the customized, Court-approved e-mail notice ("E-mail Notice") to 111 unique Settlement Class Members with a valid e-mail address whose Postcard Notice was returned to JND as undeliverable (and for whom JND could not locate an alternative mailing address). A representative sample of the E-mail Notice is attached hereto as **Exhibit C.**

11.      As of the date of this Declaration, JND tracked four (4) E-mail Notices that were returned to JND as undeliverable.

12.      As of the date of this Declaration, 12,565 Class Members were e-mailed or mailed a notice that was not returned as undeliverable, representing 96.5% of total Settlement Class Members.

## **SETTLEMENT WEBSITE**

13.      On January 13, 2023, JND established a Settlement Website (www.TheWeekSettlement.com), which hosts copies of important case documents, answers to frequently asked questions, and contact information for the Administrator.  Additionally, the Settlement Website allowed Class Members to submit an Election Form, Claim Form, or Exclusion Request electronically.

14.     On April 10, 2023, Class Counsel filed Plaintiff's Unopposed Motion for Attorneys' Fees, Costs, Expenses, and Service Award, and all papers pertaining to that Motion were posted to the Settlement Website on the same day.

15.     As of the date of this Declaration, the Settlement Website has tracked 273,779 unique users with 1,256,477 page views.  JND will continue to update and maintain the Settlement Website throughout the administration process.

## TOLL-FREE INFORMATION LINE

16.     On January 13, 2023, JND established a case-specific toll-free number (1-877-415-0652) for Settlement Class Members to call to obtain information regarding the Settlement. Callers have the option to listen to the Interactive Voice Response ("IVR") system, or to speak with a live agent.  The toll-free number is accessible 24 hours a day, seven days a week.

17.     As of the date of this Declaration, the toll-free number has received 78 incoming calls. JND will continue to maintain the toll-free number throughout the settlement administration process.

## REQUESTS FOR EXCLUSION

18.     The Notices informed recipients that any Class Member who wished to exclude themselves from the proposed Settlement ("opt-out") must do so by submitting an exclusion request electronically on the Settlement website or by mailing an exclusion letter to the Settlement Administrator, postmarked or submitted on or before April 24, 2023.

19.     As of the date of this Declaration, JND has received nine (9) timely exclusion requests from Class Members Dale E. Kelley (Freeland, MI), Lois Karasek (Grand Blanc, MI), Jean R. Chope (Kalamazoo, MI), Gary Anderson (East Lansing, MI), Richard Young (Detroit,

MI), Karen Uebinger (Gaylord, MI), Paula Young (Bay City, MI), Phillip Sturdevant (Baldwin, MI), M Smits (Kalamazoo, MI).

## OBJECTIONS

20.     The Notices informed recipients that any Class Member who wished to object to the proposed Settlement could do so by filing a written objection with the Court, postmarked on or before April 24, 2023.

21.     As of the date of this Declaration, JND has not received, and is not aware of, any objections.

## ELECTION/CLAIM FORMS RECEIVED

22.     The Notices informed recipients that, while Class Members do not need to do anything to receive an award in the event the Settlement is approved, those wishing to elect the method in which they receive the payment must file an Election Form and submit it to JND electronically on or before June 6, 2023. Additionally, unidentified Class Members that did not receive an E-Mail or Postcard Notice were required to submit a Claim Form to JND electronically or by mail on or before June 6, 2023.


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed May 19, 2023 in Seattle, Washington

_____
Ryan Bahry

# EXHIBIT A



January 11, 2023

United States Attorney General
and the Appropriate Officials
Identified in Attachment A

**RE:  CAFA Notice of Proposed Class Action Settlement**

Dear Sir or Madam:

This Notice is being provided to you in accordance with the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715 on behalf of The Week Publications, Inc., the Defendant in the below-referenced class action ("the Action").  Plaintiff's Revised Unopposed Motion for Preliminary Approval of Class Action Settlement was filed with the Court on December 21, 2022.

| | |
|---|---|
| **Case Name:** | *Moeller v. The Week Publications, Inc.* |
| **Case Number:** | 22-cv-10666-TLL-PTM |
| **Jurisdiction:** | United States District Court, Eastern District of Michigan |
| **Date Settlement filed with Court:** | December 21, 2022 |

Copies of all materials filed in the above-named actions are electronically available on the Court's Pacer website found at https://pcl.uscourts.gov.  Additionally, in compliance with 28 U.S.C. § 1715(b), the enclosed CD-ROM contains the following documents filed in the Action:

**01 - Complaint.pdf**
   Class Action Complaint, filed March 28, 2022

**02 – First Amended Complaint.pdf**
   First Amended Class Action Complaint, filed August 5, 2022

**03 – Second Amended Complaint.pdf**
   Second Amended Class Action Complaint, filed November 3, 2022

**04 –Motion for Preliminary Approval.pdf**
   Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement, filed November 21, 2022

**05 – Revised Motion for Preliminary Approval.pdf**
   Plaintiff's Revised Unopposed Motion for Preliminary Approval of Class Action Settlement, filed December 21, 2022

**06 – Settlement Agreement.pdf**
   Class Action Settlement Agreement, filed on December 21, 2022

**07 – Email Notice.pdf**
   [Proposed] Email Notice, filed on December 21, 2022

**08 – Postcard Notice.pdf**
[Proposed] Postcard Notice, filed on December 21, 2022

**09 – Long Form Notice.pdf**
[Proposed] Long Form Notice, filed on December 21, 2022

**10 – Claim Form.pdf**
[Proposed] Claim Form for Unidentified Class Members, filed on December 21, 2022

**11 – Preliminary Approval Order.pdf**
Opinion and Order (1) Granting Plaintiff's Motion for Preliminary Approval of Settlement, (2) Certifying Settlement Class, (3) Appointing Class Representative, (4) Appointing Class Counsel, (5) Approving Notice Plan, (6) Appointing Claims Administrator, (7) Directing Publication of Notice, and (8) Setting Scheduling Order, filed on January 6, 2023

It is not possible to provide a breakdown of the Settlement Class in accordance with 28 U.S.C. § 1715 (b)(7) at this time.  However, we anticipate that the Settlement Class is sufficiently numerous as to include Class Members residing in numerous U.S. states, principally in the Midwest, as well as the District of Columbia, and may include Class Members residing in U.S. territories and associated states.

There are no other settlements or agreements made between Counsel for the parties related to the class defined in the proposed settlement, and as of the date of this Notice, no Final Judgment or notice of dismissal has been entered in this case.

If you have any questions regarding the details of the case and settlement, please contact Defense Counsel's representatives at:

Walter E. Diercks
Rubin, Winston, Diercks, Harris & Cooke, LLP
1250 Connecticut Ave., NW, Suite 700
Washington, DC 20036
Phone: (202) 861-0870
Email: wdiercks@rwdhc.com

For questions regarding this Notice, please contact JND at:

JND Class Action Administration
1100 2nd Ave, Suite 300
Seattle, WA 98101
Phone: 800-207-7160

Regards,

JND Legal Administration

Encl.

*Moeller v. The Week Publications, Inc.*, **Case No. 22-cv-10666-TLL-PTM (E.D. Mich.)**
**CAFA Notice – Attachment A – Service List**

Treg R. Taylor
Office of the Attorney General
1031 W 4th Ave
Ste 200
Anchorage, AK  99501

Steve Marshall
Attorney General's Office
501 Washington Ave
Montgomery, AL  36104

Leslie Rutledge
Office of the Attorney General
323 Center St
Ste 200
Little Rock, AR  72201

Mark Brnovich
Office of the Attorney General
2005 N Central Ave
Phoenix, AZ  85004

CAFA Coordinator
Office of the Attorney General
Consumer Protection Section
455 Golden Gate Ave., Ste 11000
San Francisco, CA  94102

Phil Weiser
Office of the Attorney General
Ralph L. Carr Judicial Building
1300 Broadway, 10th Fl
Denver, CO  80203

William Tong
Office of the Attorney General
165 Capitol Ave
Hartford, CT  06106

Kathy Jennings
Delaware Department of Justice
Carvel State Office Building
820 N French Street
Wilmington, DE  19801

Ashley Moody
Office of the Attorney General
State of Florida
PL-01 The Capitol
Tallahassee, FL  32399

Chris Carr
Office of the Attorney General
40 Capitol Sq SW
Atlanta, GA  30334

Anne E. Lopez
Department of the Attorney General
425 Queen Street
Honolulu, HI  96813

Thomas J. Miller
Office of the Attorney General
Hoover State Office Building
1305 E. Walnut Street Rm 109
Des Moines, IA  50319

Lawrence G. Wasden
Office of the Attorney General
700 W. Jefferson St, Suite 210
Boise, ID  83720

Kwame Raoul
Office of the Attorney General
James R. Thompson Center
100 W. Randolph St
Chicago, IL  60601

1

*Moeller v. The Week Publications, Inc.*, **Case No. 22-cv-10666-TLL-PTM (E.D. Mich.)**
**CAFA Notice – Attachment A – Service List**

| | |
|---|---|
| Todd Rokita<br>Office of the Attorney General<br>Indiana Government Center South<br>302 W Washington St 5th Fl<br>Indianapolis, IN 46204 | Derek Schmidt<br>Office of the Attorney General<br>120 SW 10th Ave<br>2nd Fl<br>Topeka, KS 66612 |
| Daniel Cameron<br>Office of the Attorney General<br>Capitol Building<br>700 Capitol Ave Ste 118<br>Frankfort, KY 40601 | Jeff Landry<br>Office of the Attorney General<br>1885 N. Third St<br>Baton Rouge, LA 70802 |
| CAFA Coordinator<br>General Counsel's Office<br>Office of Attorney General<br>One Ashburton Pl, 20th Floor<br>Boston, MA 02108 | Brian E. Frosh<br>Office of the Attorney General<br>200 St. Paul Pl<br>Baltimore, MD 21202 |
| Aaron Frey<br>Office of the Attorney General<br>6 State House Station<br>Augusta, ME 04333 | Dana Nessel<br>Department of Attorney General<br>G. Mennen Williams Building, 7th Fl<br>525 W Ottawa St<br>Lansing, MI 48933 |
| Keith Ellison<br>Office of the Attorney General<br>445 Minnesota St<br>Suite 1400<br>St. Paul, MN 55101 | Eric Schmitt<br>Attorney General's Office<br>Supreme Court Building<br>207 W High St<br>Jefferson City, MO 65101 |
| Lynn Fitch<br>Office of the Attorney General<br>Walter Sillers Building<br>550 High St Ste 1200<br>Jackson, MS 39201 | Austin Knudsen<br>Office of the Attorney General<br>Justice Building, Third Fl<br>215 N. Sanders<br>Helena, MT 59601 |
| Josh Stein<br>Attorney General's Office<br>114 W Edenton St<br>Raleigh, NC 27603 | Drew H . Wrigley<br>Office of the Attorney General<br>State Capitol, 600 E Boulevard Ave<br>Dept. 125<br>Bismarck, ND 58505 |

*Moeller v. The Week Publications, Inc.,* **Case No. 22-cv-10666-TLL-PTM (E.D. Mich.)**
**CAFA Notice – Attachment A – Service List**

Doug Peterson
Attorney General's Office
2115 State Capitol
Lincoln, NE 68509

John Formella
Office of the Attorney General
NH Department of Justice
33 Capitol St.
Concord, NH 03301

Matthew J. Platkin
Office of the Attorney General
Richard J. Hughes Justice Complex
25 Market St 8th Fl, West Wing
Trenton, NJ 08611

Hector Balderas
Office of the Attorney General
Villagra Building
408 Galisteo Street
Santa Fe, NM 87501

Aaron Ford
Office of the Attorney General
Old Supreme Court Building
100 N Carson St
Carson City, NV 89701

CAFA Coordinator
Office of the Attorney General
28 Liberty St
15th Fl
New York, NY 10005

Dave Yost
Attorney General's Office
State Office Tower
30 E Broad St 14th Fl
Columbus, OH 43215

John O'Connor
Office of the Attorney General
313 NE 21st St
Oklahoma City, OK 73105

Ellen F. Rosenblum
Oregon Department of Justice
Justice Building
1162 Court St NE
Salem, OR 97301

Josh Shapiro
PA Office of the Attorney General
Strawberry Square 16th Fl
Harrisburg, PA 17120

Peter F. Neronha
Office of the Attorney General
150 S Main St
Providence, RI 02903

Alan Wilson
Office of the Attorney General
Rembert C. Dennis Bldg
1000 Assembly St Rm 519
Columbia, SC 29201

Mark Vargo
Office of the Attorney General
1302 E Highway 14
Ste 1
Pierre, SD 57501

Jonathan Skrmetti
Office of the Attorney General
500 Dr Martin L King Jr Blvd
Nashville, TN 37219

*Moeller v. The Week Publications, Inc.,* **Case No. 22-cv-10666-TLL-PTM (E.D. Mich.)**
**CAFA Notice – Attachment A – Service List**

Ken Paxton
Office of the Attorney General
300 W. 15th St
Austin, TX  78701

Sean D. Reyes
Office of the Attorney General
Utah State Capitol Complex
350 North State St Ste 230
Salt Lake City, UT  84114

Jason S. Miyares
Office of the Attorney General
202 N. Ninth St.
Richmond, VA  23219

Susanne Young
Attorney General's Office
109 State St.
Montpelier, VT  05609

Bob Ferguson
Office of the Attorney General
1125 Washington St SE
Olympia, WA  98501

Josh Kaul
Attorney General's Office
P.O. Box 7857
Madison, WI  53707

Patrick Morrisey
Office of The Attorney General
State Capitol, 1900 Kanawha Blvd E
Building 1 Rm E-26
Charleston, WV  25305

Bridget Hill
Office of the Attorney General
109 State Capitol
200 W 24th St
Cheyenne, WY  82002

Karl A. Racine
Office of the Attorney General
400 6th St NW
Washington, DC  20001

Merrick Garland
Office of the U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Ave NW
Washington, DC  20530

Fainu'ulelei Falefatu Ala'ilima-Utu
Department of Legal Affairs
Exec Ofc Bldg, 3rd Fl
P.O. Box 7
Utulei, AS  96799

Leevin Taitano Camacho
Office of the Attorney General
Administration Division
590 S Marine Corps Dr, Suite 901
Tamuning, GU  96913

Edward Manibusan
Office of the Attorney General
Administration Building
P.O. Box 10007
Saipan, MP  96950

Domingo Emanuelli Hernández
Dpto. de Justicia de Puerto Rico
Calle Teniente César González 677
Esq. Ave. Jesús T. Piñero
San Juan, PR  00918

*Moeller v. The Week Publications, Inc.,* **Case No. 22-cv-10666-TLL-PTM (E.D. Mich.)**
**CAFA Notice – Attachment A – Service List**

| | |
|---|---|
| Denise N. George | Joses R. Gallen |
| Office of the Attorney General | Department of Justice |
| 3438 Kronprindsens Gade | P.O. Box PS-105 |
| GERS Building 2nd Fl | Palikir |
| St. Thomas, VI  00802 | Pohnpei State, FM  96941 |
| | |
| Richard Hickson, Attorney General | Ernestine K. Rengiil |
| C/O Marshall Islands Embassy | Office of the Attorney General |
| 2433 Massachusetts Ave NW | P.O. Box 1365 |
| Washington, DC  20008 | Koror, PW  96940 |

# EXHIBIT B

COURT AUTHORIZED NOTICE OF CLASS
ACTION AND PROPOSED SETTLEMENT

**OUR RECORDS INDICATE
YOU HAVE SUBSCRIBED
TO *THE WEEK* AND MAY
BE ENTITLED TO A
PAYMENT FROM A CLASS
ACTION SETTLEMENT.**

By Order of the Court
Dated: January 6, 2023

**Unique ID: «NameNumber»**

**The Week Settlement**
c/o JND Legal Administration
P.O. Box 91225
Seattle, WA 98111

 Postal Service: Please do not mark barcode

«Fullname»
«AddressLine1»
«AddressLine2»
«AddressLine3»
«AddressCity», «AddressState»
«AddressPostalCode»

## THE WEEK SETTLEMENT

A settlement has been reached in a class action lawsuit claiming that Defendant, publisher The Week Publications, Inc. ("The Week"), disclosed its customers' subscription information to third parties, which is alleged to violate Michigan privacy law.

**Am I a Class Member?** Our records indicate you are a Class Member. Class Members are persons who purchased a subscription directly from the publisher of *The Week* for delivery to a Michigan street address, and who subscribed to such publication between December 17, 2015, and July 31, 2016.

**What Can I Get?** If approved by the Court, a Settlement Fund of $5,082,870.00 has been established to pay all claims to the Settlement Class, together with notice and administration expenses, approved attorneys' fees and costs to Class Counsel, and a service award to Plaintiff. Once the Settlement becomes Final, you will receive a *pro rata* share of the Settlement Fund, which Class Counsel estimates will be approximately $248 per class member, although the final amount you receive will also depend on the number of requests for exclusion submitted.

**How Do I Get a Payment?** If you are a Class Member, you will automatically receive a *pro rata* share of the Settlement Fund, so long as you do not request to be excluded from the Settlement Class. Your payment will come by check, sent to the following address: «AddressLine1» «AddressLine2», «AddressCity», «AddressState» «AddressPostalCode». If you no longer reside at this address or are planning to change addresses prior to **July 26, 2023**, please complete and submit a change of address form accessible on the Settlement Website so that your check is sent to the correct address. If you wish to receive your payment via PayPal or Venmo, you may do so by submitting an Election Form on the Settlement Website.

**What are My Other Options?** You may exclude yourself from the Class by submitting an online form on the Settlement Website no later than **11:59 p.m. on April 24, 2023** or by sending a letter to the settlement administrator postmarked no later than **April 24, 2023**. If you exclude yourself, you cannot get a settlement payment, but you keep any rights you may have to sue the Defendant over the legal issues in the lawsuit. You and/or your lawyer have the right to appear before the Court and/or object to the proposed settlement. Any written objection must be filed no later than **April 24, 2023**. Specific instructions about how to object to, or exclude yourself from, the Settlement are available at www.TheWeekSettlement.com. If you do nothing, and the Court approves the Settlement, you will be bound by all of the Court's orders and judgments. In addition, your claims relating to the alleged disclosure or subscriber information in this case against the Defendant and others will be released.

**Who Represents Me?** The Court has appointed The Court has appointed Joseph I. Marchese and Philip L. Fraietta of Bursor & Fisher, P.A. to represent the class. These attorneys are called Class Counsel. You will not be charged for these lawyers. If you want to be represented by your own lawyer in this case, you may hire one at your expense.

**When Will the Court Consider the Proposed Settlement?** The Court will hold the Final Approval Hearing at **4:00 p.m. EDT on June 28, 2023** at the United States Post Office Building, 1000 Washington Avenue, Room 214, Bay City, MI 48708. At that hearing, the Court will: hear any objections concerning the fairness of the settlement; determine the fairness of the settlement; decide whether to approve Class Counsel's request for attorneys' fees and costs; and decide whether to award the Class Representative $1,000 from the Settlement Fund for her services in helping to bring and settle this case. Defendant has agreed to pay Class Counsel reasonable attorneys' fees in an amount to be determined by the Court. Class Counsel is entitled to seek no more than 35% of the Settlement Fund, but the Court may award less than this amount.

**How Do I Get More Information?** For more information, including the full Notice, Claim Form and Settlement Agreement go to www.TheWeekSettlement.com, contact the settlement administrator by calling (877) 415-0652 or writing to The Week Settlement, c/o JND Legal Administration, P.O. Box 91225, Seattle, WA 98111, or contact Class Counsel by calling (646) 837-7150.

# EXHIBIT C

From: Jennifer@theweeksettlement.com
To:     JonQClassMember@domain.com
Re:     Legal Notice of Class Action Settlement

**NOTICE OF PROPOSED CLASS ACTION SETTLEMENT**
*Moeller v. The Week Publications, Inc.*, Case No. 1:22-cv-10666-TLL-PTM
(United States District Court for the Eastern District of Michigan)

This notice is to inform you of the settlement of a class action lawsuit with publisher The Week Publications, Inc. ("Defendant" or "The Week"), the Defendant in this case.  Plaintiff Elizabeth Moeller alleges that Defendant disclosed its customers' subscription information to third parties which is alleged to violate Michigan privacy law.

**Am I a Class Member?**  Yes. Our records indicate you are a Class Member. Class Members are persons who purchased a subscription directly from the publisher of *The Week* for delivery to a Michigan street address, and who subscribed to such publication between December 17, 2015, and July 31, 2016.  Excluded from the Settlement Class are (1) all Persons whose subscription information was not disclosed to third parties, including without limitation to Persons who were on Defendant's "do not rent list;" (2) any Judge or Magistrate presiding over this Action and members of their families; (3) the Defendant, Defendant's subsidiaries, parent companies, successors, predecessors, and any entity in which the Defendant or its parents have a controlling interest and their current or former officers, directors, agents, attorneys, and employees; (4) persons who properly execute and file a timely request for exclusion from the class; and (5) the legal representatives, successors or assigns of any such excluded persons.

**What Can I Get?** A Settlement Fund of $5,082,870 has been established to pay all claims to the Settlement Class, together with notice and administration expenses, approved attorneys' fees and costs to Class Counsel, and a service award to the Plaintiff. Unless you received a postcard Notice concerning the Settlement sent to you by postal mail, you **must** submit a Claim Form (see instructions below) in order to receive a share of the Settlement Fund.  **If you submit a Claim Form**, you will receive a *pro rata* share of the Settlement Fund, which Class Counsel estimates will be for approximately $248 per class member. The exact amount of the share of the Settlement Fund that you will receive depends on the number of requests for exclusion that are received.

**How Do I Get a Payment?** Unless you received a postcard Notice concerning the Settlement sent to you by postal mail, you **must** complete and submit a Claim Form to receive a *pro rata* share of the Settlement Fund, which Class Counsel estimates will be approximately $248.  You may submit a Claim Form either electronically on the Settlement Website by clicking here, or by printing and mailing in a paper Claim Form, copies of which are available for download here.  Claim Forms must be submitted online by **11:59 p.m. EST on June 6, 2023** or postmarked and mailed by **June 6, 2023**.

**What are My Other Options?** You may exclude yourself from the Class by sending a letter to the settlement administrator postmarked no later than **April 24, 2023**. If you exclude yourself, you cannot get a settlement payment, but you keep any rights you may have to sue the Defendant over the legal issues in the lawsuit. You and/or your lawyer have the right to appear before the Court

and/or object to the proposed settlement. Your written objection must be filed no later than **April 24, 2023**. Specific instructions about how to object to, or exclude yourself from, the Settlement are available at www.TheWeekSettlement.com.  If you do nothing, and the Court approves the Settlement, you will be bound by all of the Court's orders and judgments. In addition, your claims relating to the alleged disclosure of subscriber information in this case against the Defendant will be released.

**Who Represents Me?** The Court has appointed Joseph I. Marchese and Philip L. Fraietta of Bursor & Fisher, P.A. to represent the class.  These attorneys are called Class Counsel.  You will not be charged for these lawyers. If you want to be represented by your own lawyer in this case, you may hire one at your expense.

**When Will the Court Consider the Proposed Settlement?** The Court will hold the Final Approval Hearing at **4:00 p.m. EDT on June 28, 2023** at the United States Post Office Building, 1000 Washington Avenue, Room 214, Bay City, MI 48708.  At that hearing, the Court will: hear any objections concerning the fairness of the settlement; determine the fairness of the settlement; decide whether to approve Class Counsel's request for attorneys' fees and costs; and decide whether to award the Class Representative $1,000 from the Settlement Fund for her services in helping to bring and settle this case. Defendant has agreed that Class Counsel may be paid reasonable attorneys' fees from the Settlement Fund in an amount to be determined by the Court. Class Counsel is entitled to seek no more than 35% of the Settlement Fund, but the Court may award less than this amount.

**How Do I Get More Information?** For more information, including a more detailed Notice, a copy of the Settlement Agreement and other documents, go to www.TheWeekSettlement.com, contact the settlement administrator by calling (877) 415-0652 or by writing to The Week Settlement, c/o JND Legal Administration, P.O. Box 91225, Seattle, WA 98111, or contact Class Counsel by calling (646) 837-7150.