IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ELIZABETH MOELLER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE WEEK PUBLICATIONS, INC.,<br><br>Defendant. | Case No. 22-cv-10666-TLL-PTM<br><br>Hon. Thomas L. Ludington |

### SUPPLEMENTAL DECLARATION OF RYAN BAHRY REGARDING REVISED CAFA NOTICE

I, RYAN BAHRY, declare and state as follows:

1. I am a Director at JND Legal Administration ("JND"). JND is a legal administration service provider with its headquarters located in Seattle, Washington. JND has extensive experience with all aspects of legal administration and has administered settlements in hundreds of class action cases.

2. JND is serving as the Settlement Administrator[1] in the above-captioned litigation ("Action"), for the purposes of administering the Class Action Settlement Agreement ("Settlement Agreement"), preliminarily approved by the Court in its Opinion and Order (1) Granting Plaintiffs' Motion for Preliminary Approval of Settlement, (2) Certifying Settlement Class, (3) Appointing Class Representative, (4) Appointing Class Counsel, (5) Approving Notice Plan, (6) Appointing Claims Administrator, (7) Directing Publication of Notice, and (8) Setting Scheduling Order, dated January 6, 2023 ("Order").

---

[1] Capitalized terms used and not otherwise defined herein shall have the meanings given such terms in the Class Action Settlement Agreement ("Settlement Agreement").

3. This Supplemental Declaration is meant to supplement my previous declaration dated May 19, 2023 (the "Declaration"). This Supplemental Declaration is based on my personal knowledge and information provided to me by experienced JND employees and, if called on to do so, I could and would testify competently thereto.

## REVISED CAFA NOTICE

4. As detailed in the Declaration, JND mailed a CD-ROM to comply with the Class Action Fairness Act ("CAFA") 28 U.S.C. § 1715 on January 11, 2023. On June 6, 2023, the Court ordered JND to disseminate revised CAFA notice to the appropriate government officials (in its "Order Adjourning Final Approval Hearing and Directing Notice"). In order to comply with the Court, JND compiled a CD-ROM with the following documents in accordance with CAFA:

   a. Class Action Complaint, filed March 28, 2022;

   b. First Amended Class Action Complaint, filed August 5, 2022;

   c. Second Amended Class Action Complaint, filed November 3, 2022;

   d. Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement, filed November 21, 2022;

   e. Class Action Settlement Agreement, filed December 21, 2022;

   f. Email Notice, filed December 21, 2022;

   g. Postcard Notice, filed December 21, 2022;

   h. Long Form Notice, filed December 21, 2022;

   i. Claim Form for Unidentified Class Members, filed December 21, 2022;

   j. Opinion and Order Denying Without Prejudice Plaintiff's Motion for Preliminary Approval of Settlement, entered December 15, 2022;

k.  Plaintiff's Revised Unopposed Motion for Preliminary Approval of Class Action Settlement, filed December 21, 2022;

l.  Opinion and Order (1) Granting Preliminary Approval of Settlement, (2) Certifying Settlement Class, (3) Appointing Class Representative, (4) Appointing Class Counsel, (5) Approving Notice Plan, (6) Appointing Claims Administrator, (7) Directing Publication of Notice, and (8) Setting Scheduling Order, entered on January 6, 2023;

m.  Plaintiff's Unopposed Motion for Attorneys' Fees, Costs, Expenses, and Service Award, filed on April 10, 2023;

n.  Plaintiff's Unopposed Motion for Final Approval of Class Action Settlement, filed on May 22, 2023;

o.  Order Adjourning Final Approval Hearing and Directing Notice, entered on June 6, 2023;

p.  List of Class Members by State; and

q.  Proportionate Share of Class Members by State.

5.  The CD-ROM was mailed on June 9, 2023, to the appropriate Federal and State officials identified in the attachment with an accompanying cover letter, a copy of which is attached hereto as **Exhibit A**.

## SETTLEMENT WEBSITE

6.  As detailed in the Declaration, JND established a Settlement Website (www.TheWeekSettlement.com) for this matter. On June 6, 2023, the Court ordered JND to update the Settlement Website to reflect the new date and time of the Final Approval Hearing (in its "Order Adjourning Final Approval Hearing and Directing Notice"). JND promptly updated the

date and time of the Final Approval Hearing in all applicable areas on the Settlement Website on June 6, 2023. JND will continue to update and maintain the Settlement Website throughout the administration process.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    Executed September 11, 2023 in Seattle, Washington

    */s/ Ryan Bahry*
    Ryan Bahry

# EXHIBIT A



June 9, 2023

United States Attorney General
and the Appropriate Officials
Identified in Attachment A

**RE: CAFA Notice of Proposed Class Action Settlement**

Dear Sir or Madam:

This Notice is being provided to you in accordance with the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715 on behalf of The Week Publications, Inc., the Defendant in the below-referenced class action ("the Action"). Plaintiff's Revised Unopposed Motion for Preliminary Approval of Class Action Settlement was filed with the Court on December 21, 2022, and preliminary approval was granted on January 6, 2023. The Court has scheduled a final approval hearing on October 5, 2023.

| | |
|---|---|
| **Case Name:** | *Moeller v. The Week Publications, Inc.* |
| **Case Number:** | 22-cv-10666-TLL-PTM |
| **Jurisdiction:** | United States District Court, Eastern District of Michigan |
| **Date Settlement filed with Court:** | December 21, 2022 |

Copies of all materials filed in the above-named actions are electronically available on the Court's Pacer website found at https://pcl.uscourts.gov. Additionally, in compliance with 28 U.S.C. § 1715(b), the enclosed CD-ROM contains the following documents filed in the Action:

**01 - Complaint.pdf**
Class Action Complaint, filed March 28, 2022

**02 – First Amended Complaint.pdf**
First Amended Class Action Complaint, filed August 5, 2022

**03 – Second Amended Complaint.pdf**
Second Amended Class Action Complaint, filed November 3, 2022

**04 –Motion for Preliminary Approval.pdf**
Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement, filed November 21, 2022

**05 – Settlement Agreement.pdf**
Class Action Settlement Agreement, filed on November 21, 2022

**06 – Email Notice.pdf**
Email Notice, filed on November 21, 2022

**07 – Postcard Notice.pdf**
Postcard Notice, filed on November 21, 2022

**08 – Long Form Notice.pdf**
    Long Form Notice, filed on November 21, 2022

**09 – Claim Form.pdf**
    Claim Form for Unidentified Class Members, filed on November 21, 2022

**10 – Order Denying Preliminary Approval.pdf**
    Opinion and Order Denying Without Prejudice Plaintiff's Motion for Preliminary Approval of Settlement, entered December 15, 2022

**11 – Revised Motion for Preliminary Approval.pdf**
    Plaintiff's Revised Unopposed Motion for Preliminary Approval of Class Action Settlement, filed December 21, 2022

**12 – Preliminary Approval Order.pdf**
    Opinion and Order (1) Granting Plaintiffs' Motion for Preliminary Approval of Settlement, (2) Certifying Settlement Class, (3) Appointing Class Representative, (4) Appointing Class Counsel, (5) Approving Notice Plan, (6) Appointing Claims Administrator, (7) Directing Publication of Notice, and (8) Setting Scheduling Order, entered on January 6, 2023

**13 – Fee Motion.pdf**
    Plaintiff's Unopposed Motion for Attorneys' Fees, Costs, Expenses, and Service Award, filed on April 10, 2023

**14 – Final Approval Motion.pdf**
    Plaintiff's Unopposed Motion for Final Approval of Class Action Settlement, filed on May 22, 2023

**15 – Order Adjourning Hearing.pdf**
    Order Adjourning Final Approval Hearing and Directing Notice, entered on June 6, 2023

**16 – List of Class Members by State.pdf**

**17 – Proportionate Share of Class Members by State.pdf**

There are no other settlements or agreements made between Counsel for the parties related to the class defined in the proposed settlement, and as of the date of this Notice, no Final Judgment or notice of dismissal has been entered in this case.

If you have any questions regarding the details of the case and settlement, please contact Defense Counsel's representatives at:

Walter E. Diercks
Rubin, Winston, Diercks, Harris & Cooke, LLP
1250 Connecticut Ave., NW, Suite 700
Washington, DC 20036
Phone: (202) 861-0870

  Email: wdiercks@rwdhc.com

For questions regarding this Notice, please contact JND at:

  JND Class Action Administration
  1100 2nd Ave, Suite 300
  Seattle, WA 98101
  Phone: 800-207-7160

Regards,

JND Legal Administration

Encl.

*Moeller v. The Week Publications, Inc.*, Case No. 22-cv-10666-TLL-PTM (E.D. Mich.)
**CAFA Notice – Attachment A – Service List**

| | |
|---|---|
| Treg R. Taylor<br>Office of the Attorney General<br>1031 W 4th Ave<br>Ste 200<br>Anchorage, AK  99501 | Steve Marshall<br>Attorney General's Office<br>501 Washington Ave<br>Montgomery, AL  36104 |
| Tim Griffin<br>Office of the Attorney General<br>323 Center St<br>Ste 200<br>Little Rock, AR  72201 | Kris Mayes<br>Office of the Attorney General<br>2005 N Central Ave<br>Phoenix, AZ  85004 |
| CAFA Coordinator<br>Office of the Attorney General<br>Consumer Protection Section<br>455 Golden Gate Ave., Ste 11000<br>San Francisco, CA  94102 | Phil Weiser<br>Office of the Attorney General<br>Ralph L. Carr Judicial Building<br>1300 Broadway, 10th Fl<br>Denver, CO  80203 |
| William Tong<br>Office of the Attorney General<br>165 Capitol Ave<br>Hartford, CT  06106 | Kathy Jennings<br>Delaware Department of Justice<br>Carvel State Office Building<br>820 N French Street<br>Wilmington, DE  19801 |
| Ashley Moody<br>Office of the Attorney General<br>State of Florida<br>PL-01 The Capitol<br>Tallahassee, FL  32399 | Chris Carr<br>Office of the Attorney General<br>40 Capitol Sq SW<br>Atlanta, GA  30334 |
| Anne E. Lopez<br>Department of the Attorney General<br>425 Queen Street<br>Honolulu, HI  96813 | Brenna Bird<br>Office of the Attorney General<br>Hoover State Office Building<br>1305 E. Walnut Street Rm 109<br>Des Moines, IA  50319 |
| Raúl R. Labrador<br>Office of the Attorney General<br>700 W. Jefferson St, Suite 210<br>Boise, ID  83720 | Kwame Raoul<br>Office of the Attorney General<br>James R. Thompson Center<br>100 W. Randolph St<br>Chicago, IL  60601 |

*Moeller v. The Week Publications, Inc.*, Case No. 22-cv-10666-TLL-PTM (E.D. Mich.)
**CAFA Notice – Attachment A – Service List**

| | |
|---|---|
| Todd Rokita<br>Office of the Attorney General<br>Indiana Government Center South<br>302 W Washington St 5th Fl<br>Indianapolis, IN  46204 | Kris W. Kobach<br>Office of the Attorney General<br>120 SW 10th Ave<br>2nd Fl<br>Topeka, KS  66612 |
| Daniel Cameron<br>Office of the Attorney General<br>Capitol Building<br>700 Capitol Ave Ste 118<br>Frankfort, KY  40601 | Jeff Landry<br>Office of the Attorney General<br>1885 N. Third St<br>Baton Rouge, LA  70802 |
| CAFA Coordinator<br>General Counsel's Office<br>Office of Attorney General<br>One Ashburton Pl, 20th Floor<br>Boston, MA  02108 | Anthony G. Brown<br>Office of the Attorney General<br>200 St. Paul Pl<br>Baltimore, MD  21202 |
| Aaron Frey<br>Office of the Attorney General<br>6 State House Station<br>Augusta, ME  04333 | Dana Nessel<br>Department of Attorney General<br>G. Mennen Williams Building, 7th Fl<br>525 W Ottawa St<br>Lansing, MI  48933 |
| Keith Ellison<br>Office of the Attorney General<br>445 Minnesota St<br>Suite 1400<br>St. Paul, MN  55101 | Andrew Bailey<br>Attorney General's Office<br>Supreme Court Building<br>207 W High St<br>Jefferson City, MO  65101 |
| Lynn Fitch<br>Office of the Attorney General<br>Walter Sillers Building<br>550 High St Ste 1200<br>Jackson, MS  39201 | Austin Knudsen<br>Office of the Attorney General<br>Justice Building, Third Fl<br>215 N. Sanders<br>Helena, MT  59601 |
| Josh Stein<br>Attorney General's Office<br>114 W Edenton St<br>Raleigh, NC  27603 | Drew H . Wrigley<br>Office of the Attorney General<br>State Capitol, 600 E Boulevard Ave<br>Dept. 125<br>Bismarck, ND  58505 |

*Moeller v. The Week Publications, Inc.*, Case No. 22-cv-10666-TLL-PTM (E.D. Mich.)
**CAFA Notice – Attachment A – Service List**

Mike Hilgers
Attorney General's Office
2115 State Capitol
Lincoln, NE  68509

John Formella
Office of the Attorney General
NH Department of Justice
33 Capitol St.
Concord, NH  03301

Matthew J. Platkin
Office of the Attorney General
Richard J. Hughes Justice Complex
25 Market St 8th Fl, West Wing
Trenton, NJ  08611

Raúl Torrez
Office of the Attorney General
Villagra Building
408 Galisteo Street
Santa Fe, NM  87501

Aaron Ford
Office of the Attorney General
Old Supreme Court Building
100 N Carson St
Carson City, NV  89701

CAFA Coordinator
Office of the Attorney General
28 Liberty St
15th Fl
New York, NY  10005

Dave Yost
Attorney General's Office
State Office Tower
30 E Broad St 14th Fl
Columbus, OH  43215

Gentner Drummond
Office of the Attorney General
313 NE 21st St
Oklahoma City, OK  73105

Ellen F. Rosenblum
Oregon Department of Justice
Justice Building
1162 Court St NE
Salem, OR  97301

Michelle Henry
PA Office of the Attorney General
Strawberry Square 16th Fl
Harrisburg, PA  17120

Peter F. Neronha
Office of the Attorney General
150 S Main St
Providence, RI  02903

Alan Wilson
Office of the Attorney General
Rembert C. Dennis Bldg
1000 Assembly St Rm 519
Columbia, SC  29201

Marty Jackley
Office of the Attorney General
1302 E Highway 14
Ste 1
Pierre, SD  57501

Jonathan Skrmetti
Office of the Attorney General
500 Dr Martin L King Jr Blvd
Nashville, TN  37219

*Moeller v. The Week Publications, Inc.*, Case No. 22-cv-10666-TLL-PTM (E.D. Mich.)
**CAFA Notice – Attachment A – Service List**

| | |
|---|---|
| Ken Paxton<br>Office of the Attorney General<br>300 W. 15th St<br>Austin, TX  78701 | Sean D. Reyes<br>Office of the Attorney General<br>Utah State Capitol Complex<br>350 North State St Ste 230<br>Salt Lake City, UT  84114 |
| Jason S. Miyares<br>Office of the Attorney General<br>202 N. Ninth St.<br>Richmond, VA  23219 | Charity R. Clark<br>Attorney General's Office<br>109 State St.<br>Montpelier, VT  05609 |
| Bob Ferguson<br>Office of the Attorney General<br>1125 Washington St SE<br>Olympia, WA  98501 | Josh Kaul<br>Attorney General's Office<br>P.O. Box 7857<br>Madison, WI  53707 |
| Patrick Morrisey<br>Office of The Attorney General<br>State Capitol, 1900 Kanawha Blvd E<br>Building 1 Rm E-26<br>Charleston, WV  25305 | Bridget Hill<br>Office of the Attorney General<br>109 State Capitol<br>200 W 24th St<br>Cheyenne, WY  82002 |
| Brian Schwalb<br>Office of the Attorney General<br>400 6th St NW<br>Washington, DC  20001 | Merrick Garland<br>Office of the U.S. Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Ave NW<br>Washington, DC  20530 |
| Fainu'ulelei Falefatu Ala'ilima-Utu<br>Department of Legal Affairs<br>Exec Ofc Bldg, 3rd Fl<br>P.O. Box 7<br>Utulei, AS  96799 | Douglas B. Moylan<br>Office of the Attorney General<br>Administration Division<br>590 S Marine Corps Dr, Suite 901<br>Tamuning, GU  96913 |
| Edward Manibusan<br>Office of the Attorney General<br>Administration Building<br>P.O. Box 10007<br>Saipan, MP  96950 | Domingo Emanuelli Hernández<br>Dpto. de Justicia de Puerto Rico<br>Calle Teniente César González 677<br>Esq. Ave. Jesús T. Piñero<br>San Juan, PR  00918 |

*Moeller v. The Week Publications, Inc.*, **Case No. 22-cv-10666-TLL-PTM (E.D. Mich.)**
**CAFA Notice – Attachment A – Service List**

| | |
|---|---|
| Carol Thomas-Jacobs<br>Office of the Attorney General<br>3438 Kronprindsens Gade<br>GERS Building 2nd Fl<br>St. Thomas, VI 00802 | Joses R. Gallen<br>Department of Justice<br>P.O. Box PS-105<br>Palikir<br>Pohnpei State, FM 96941 |
| Richard Hickson, Attorney General<br>C/O Marshall Islands Embassy<br>2433 Massachusetts Ave NW<br>Washington, DC 20008 | Ernestine K. Rengiil<br>Office of the Attorney General<br>P.O. Box 1365<br>Koror, PW 96940 |