```
 1                IN THE UNITED STATES DISTRICT COURT

 2                    EASTERN DISTRICT OF MICHIGAN

 3  ELIZABETH MOELLER, individually   )
    and on behalf of all other        )
 4  similarly situated                )
                                      )
 5       Plaintiff,                   )
                                      ) Case No. 22-10666
 6       vs.                          )
                                      ) Bay City, Michigan
 7  THE WEEK PUBLICATIONS, INC.       )
                                      ) October  5, 2023
 8       Defendant.                   )
    _____) 3:21 p.m.
 9

10                      TRANSCRIPT OF MOTION
              BEFORE THE HONORABLE THOMAS L. LUDINGTON
11                  UNITED STATES DISTRICT JUDGE

12  APPEARANCES:

13  For the Plaintiff:   E. POWELL MILLER
                         The Miller Law Firm
14                       950 W. University Drive; Suite 300
                         Rochester, MI   48307
15
    For the Plaintiff:   PHILIP L. FRAIETTA
16                       JOSEPH I. MARCHESE
                         Bursor & Fisher
17                       1330 Avenue of the Americas; 32nd Floor
                         New York, NY 10019
18
    For the Defendant:   DAVID C. ANDERSON
19                       Collins, Einhorn
                         4000 Town Center; Suite 909
20                       Southfield, MI   48075

21  Recorded by:         Kelly Winslow

22  Transcribed by:      Carol M. Harrison, RMR, FCRR
                         1000 Washington Avenue
23                       Bay City, MI   48708

24        TRANSCRIPT PRODUCED FROM DIGITAL VOICE RECORDING
             TRANSCRIBER NOT PRESENT AT LIVE PROCEEDINGS
25
```

```
 1                    P R O C E E D I N G S
 2            (At 3:21 p.m., proceedings commenced.)
 3            THE CLERK:  Your Honor, calling the case of Moeller
 4  versus The Week Publications.  The Case No. is 22-10666.
 5            THE COURT:  Counsel, if we could have introductions,
 6  please.
 7            MR. MILLER:  Powell Miller for the class.
 8            MR. FRAIETTA:  Phil Fraietta also for the class.
 9            MR. MARCHESE:  Good afternoon, Joseph Marchese,
10  Bursor & Fisher.
11            THE COURT:  Good afternoon, gentlemen.
12            MR. ANDERSON:  Good afternoon, Your Honor.  David
13  Anderson for the defense.
14            THE COURT:  And good afternoon, Mr. Anderson.
15            Mr. Miller, if you'd like to give us a brief overview
16  of the progress of the case, I would note that it was commenced
17  back in March of 2022 with amended complaints filed later on
18  during the course of the year.
19            We preliminarily approved the settlement that brings
20  you here today back in January of this year, and we'd like to
21  provide you an opportunity to cover anything that you'd like
22  for your record, sir.
23            MR. MILLER:  Thank you, Your Honor.  This is one of
24  the rare instances where lightning truly does strike twice.
25  This is also Judge Rosen, also the mediator, the architect, the
```

```
 1  mediator's proposal, so both sides on this did a -- did a
 2  wonderful job.
 3              The amount -- the average amount -- it works out to
 4  248 per class member, exactly the same as the Strano case that
 5  you just approved.  The total amount of this one is $5,082,870.
 6              The attorney fee request is the same.  The service
 7  award is the same, and it's the same authority that I rely on
 8  in our brief.  Every Eastern District of Michigan judge who has
 9  reviewed an attorney fee application with this team has awarded
10  at least 35 percent, and that's four or five different cases.
11  And Judge Steeh in a different PPPA case -- I'm repeating it
12  just because it's a different record -- awarded 40 percent, so
13  we are well within the precedent in the Eastern District of
14  Michigan.
15              And we're proud -- it's important to me to vindicate
16  public confidence in the class action device because there has
17  been some abuses of class actions.  I acknowledge that.  And
18  I've worked really hard on any case I'm ever involved in to
19  hopefully improve public and judicial confidence in the class
20  action device, which I think is an essential tool to have a
21  curb of -- on corporate wrongdoing.  And that's why you're not
22  going to see my name on settlements that are illusory, where
23  the lawyers get the money and there's a big reversion back to
24  the defendants.  There's no reversion here.
25              All of the money is going to go to the class other
```

```
 1  than obviously the attorney's fees and reimbursement of
 2  expenses, and no claim form at all.  The checks are just mailed
 3  to the class members.  And I believe I've now had four class
 4  action settlements where we've achieved a 100 percent net
 5  recovery with no claim form with attorney's fees on top.
 6              We didn't get there on this one, but we did get the
 7  second highest tie for the PPPA class settlements in the state.
 8  So this is a tie for second place with Strano and first place
 9  will be when we're before you in January on the KSC case, so
10  that's -- that's my record, and I'm here to answer any
11  questions Your Honor may have.
12              THE COURT:  And I noticed that by a percentage point
13  at least that you reached members of the class by email or
14  postcard in 96.5 percent of class members.
15              MR. MILLER:  Yes, and I should have indicated that,
16  but, yes, Your Honor.
17              THE COURT:  Defendant have anything you'd like to
18  cover?
19              MR. ANDERSON:  Nothing to add, Your Honor.  Thank
20  you.
21              THE COURT:  In similar fashion, the Court is
22  satisfied with the notification that has been furnished to
23  class members.  The notification satisfies, in our view, the
24  requirements for both due process as well as the procedures
25  outlined in Rule 23.
```

1         Also find the settlement and provisions for legal
2    counsel to be fair, reasonable and adequate.  As a result, we
3    will be granting final approval, as well as certifying the fact
4    that the class settlement complies with Federal Rule of Civil
5    Procedure 23(a) as well as 23(b)(3).
6         Counsel, anything further this afternoon that you'd
7    like to cover on your record?
8         MR. MILLER:  No.  Thank you, Your Honor.
9         MR. ANDERSON:  No, thank you.
10        THE COURT:  Thank you for your time and attention
11   this afternoon.  Our record's closed.
12        (At 3:26 p.m., court recessed.)
13
14
15                        * * * * *
16                       C E R T I F I C A T E
17   I certify that the foregoing is a correct transcript
     from the digital sound recording of the proceedings in
18   the above-entitled matter.
19
20                          _____
21   Date: 10-10-2023    Carol M. Harrison, RMR, FCRR
                         Official Court Reporter
22                       United States District Court
                         Eastern District of Michigan
23                       1000 Washington Avenue
                         Bay City, MI  48708
24
25